Hor Pooh and Yee Loy, Appellants, v. Arthur Woods, Individually and as Police Commissioner of the City of New York, and Others, Respond-

ents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.